# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2019

159277

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TANAKA JAYVON WELLS,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159277
COA: 342665
Wayne CC: 11-003603-FC

On order of the Court, the application for leave to appeal the February 12, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2019



Clerk

t1216